UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) GARY CEDERQUIST,<br>(2) CALVIN BUTNER,<br>(3) PERRY MENDES,<br>(4) JOEL ROGERS,<br>(5) SCOTT CAMARA, and<br>(6) ERIC MATHISON,<br><br>        Defendants | Criminal No. 24-10024-IT<br><br>Violations:<br><br>Counts One - Three: Conspiracy to Falsify Records (18 U.S.C. § 371)<br><br>Counts Four - Six: Conspiracy to Commit Extortion<br>(18 U.S.C. § 1951)<br><br>Counts Seven - Nine: Extortion<br>(18 U.S.C. § 1951)<br><br>Counts Ten - Fifteen: Honest Services Mail Fraud<br>(18 U.S.C. §§ 1341, 1346)<br><br>Counts Sixteen - Forty-Three: Falsification of Records<br>(18 U.S.C. § 1519)<br><br>Counts Forty-Four - Forty-Six: Falsification of Records; Aiding and Abetting<br>(18 U.S.C. § 1519; 18 U.S.C. § 2)<br><br>Counts Forty-Seven - Seventy: False Statements<br>(18 U.S.C. § 1001(a)(2))<br><br>Counts Seventy-One - Seventy-Three: False Statements; Aiding and Abetting<br>(18 U.S.C. § 1001(a)(2); 18 U.S.C. § 2)<br><br>Count Seventy-Four: Perjury<br>(18 U.S.C. § 1623)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The government moves to unseal the Indictment. All defendants have been arrested and there is no longer any reason for the Indictment to be sealed.

            Respectfully submitted,

            JOSHUA S. LEVY
            Acting United States Attorney

By: */s/ Christine Wichers*
      Christine Wichers
      Adam W. Deitch
      Assistant U.S. Attorneys

Date:   January 30, 2023